IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 03-40451

CR B 97-273

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JOAQUIN FOY also known as, Isa El-Mahde

    Defendant - Appellant

U.S. COURT OF APPEALS
FILED
FEB 1 4 2005
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
FEB 1 8 2005
Michael N. Milby
Clerk of Court

---

Appeals from the United States District Court for the
Southern District of Texas, Brownsville

---

Before HIGGINBOTHAM, DAVIS and PRADO, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the appellant's unopposed motion of the Court to vacate and reenter the prior decision is granted.

MOT-21

A true copy
Test:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____ Deputy
New Orleans, Louisiana
FEB 14 2005