IN THE COURT OF EDEN
FOR
INTERNATIONAL COURT OF JUSTICE
AND
THE UNITED STATES OF AMERICA.



1:97CR293-1

CASE NO. 1 ; CR 293 FILOMON (1997)

ORDER AND JUDGEMENT
---------------------------------

WE DE JURE SOBERANO DO HEREIN OPEN CASE NO. 1;CR 293 AND MOVED UNTO THE CIVIL DIVISION ENDING JUSTICE IN THE MATTER OF THE DEFENDANT MR. JOAQUIN I. FOY AND RELEASE FROM FEDERAL CORPERATION AND CUSTODY WITH OUT HINDERANCE.

NOTE: WANT OF GRAND JURE, DIRE VIOR, DUE PROCESS, WANT OF JURISDICTION AND SHAKUR VS. UNITED STATES AND NORMAN VS. UNITED STATES AMERICA, MISCARRAGE OF JUSTICE.
THE UNITED STATE ATTORNEY GENERAL SHALL COMPENSATE MR. JOAQUIN I. FOY THE DUE SUM OF (2) MILLION DOLLARS UPON RELEASE.

MONARKY OF EDEN,

THE GRAND JURY

Note: Mr. Foy Never had a Jure de Peers Only Illuminati tyrants./ Counter Indictment title 45/50

London Illuminati

MARTHA [stamp]

MAR 23 2016

RECEIVED
David J. Bradley, Clerk of Court

ALBUQUERQUE NM 870
15 MAR 2016 PM 3 L

U.S. District Court
Clerk, Attorney General DC.
600 E. Harrison, TX
Brownsville, Texas
78520

78520717659