IN THE INTERNATIONAL COURT OF JUSTICE

FOR

THE GRAND JURY OF THE UNITED STATES AMERICA

DISTRICT COURT OF BROWNSVILLE TEXAS

CIVIL DIVISION

CASE NO. 1 ; 2016 CV 8000

JOAQUIN I. FOY          PETITIONER,                    ESTOPPAL ADDENDUM :

VS.

UNITED STATES          RESPONDANT.

ENTERED, THE JUNCTION AT CASE NO . 1 ; 97 CR 293 IS STRUCK IN THE CRIMINAL DIVISION AND TRANSFERED TO AMEND IN THE CIVIL DIVISION WITH A NEW CASE NUMBER. FURTHER, THE SUPERSEDING OVER RIDING MERITS OF PREPONDERANCE ARE LODGED ON THE CRIMINAL SIDE AFFORDING AND MANDATING THE COLLADERAL ESTOPPAL, SUA SPONTE FORMA.

RESPECTFULLY,

Gloria Jurey
600 E Harrison #101
Brownsville, Texas
78520

BROWNSVILLE TX 785
13 APR 2016 PM 3 L

RECEIVED
David J. Bradley, Clerk of Court
APR 18 2016

78520727326